UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Criminal No. 3:03CR158(AWT) |
| v. | : |
| | : |
| ABRAHAM DABACH | : February 28, 2006 |

## APPEARANCE

Mr. Clerk:

      Please enter my appearance as counsel for the Government, in the above-referenced case.

      Dated at Hartford, Connecticut on the 28th day of February, 2006.

      Respectfully submitted,

      KEVIN J. O'CONNOR
      UNITED STATES ATTORNEY

      ANASTASIA E. KING
      ASSISTANT UNITED STATES ATTORNEY
      450 MAIN STREET, ROOM 328
      HARTFORD, CT 06103
      TEL. (860) 947-1101
      Federal Bar No. ct24192

2

## C E R T I F I C A T I O N

This is to certify that the within and foregoing has been mailed, via first-class mail this 28th day of February, 2006 to:

John M. Andreini, Esq.
Law Offices of John M. Andreini
44 Capitol Ave., Suite 402
Hartford, CT 06106

Meir Moza, Esq.
217 Willis Avenue
Suite 101
Mineola, NY 11501

                                                                  ANASTASIA E. KING
                                                                  ASSISTANT UNITED STATES ATTORNEY