UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2006 MAR -8 A 10: 57

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : |
| VS. | : NO. 3:03-cr-00158 (AWT) |
| ABRAHAM DABACH | : MARCH 6, 2006 |

## MOTION FOR CONTINUANCE

The Defendant, Abraham Dabach, respectfully moves that the Court to continue the sentencing date for a period of 30 days for the following reasons:

1. Sentencing is scheduled for Thursday, March 16, 2006.

2. United States Probation Officer, Sandra Hunt, requires additional time to update the Defendant's presentence report and financial information.

3. The undersigned has contacted Assistant United States Attorney Anastasia Enos King and the Government does not object to this request.

5. This is the first request for a continuance on behalf of the Defendant, Abraham Dabach, filed by Attorney John M. Andreini in connection with this case.

RESPECTFULLY SUBMITTED
THE DEFENDANT, Abraham Dabach

By _____
John M. Andreini
44 Capitol Avenue
Suite 402
Hartford, CT 06106
Fed. Bar #ct01921
TEL:   (860) 525-9447
FAX:   (860) 246-3727
EMAIL: andreini71@aol.com

## CERTIFICATION

I hereby certify that a copy of the foregoing **MOTION FOR CONTINANCE** has been mailed to all counsel or record and pro se parties this 6th day of March, 2006.

ANASTASIA ENOS KING, ESQ.
U. S. Attorney's Office
157 Church Street
P. O. Box 1824
New Haven, CT 06510


SANDRA HUNT
United States Probation Office
157 Church Street
22nd Floor
New Haven, CT 06510

_____
John M. Andreini