


UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2006 MAR -8  A 10: 57

..............................................
UNITED STATES OF AMERICA          :
                                  :
         VS.                      :     NO.  3:03-cr-00158 (AWT)
                                  :
ABRAHAM DABACH                    :     MARCH 6, 2006
..............................................

### MOTION FOR CONTINUANCE

The Defendant, Abraham Dabach, respectfully moves that the Court to continue the sentencing date for a period of 30 days for the following reasons:

1.  Sentencing is scheduled for Thursday, March 16, 2006.

2.  United States Probation Officer, Sandra Hunt, requires additional time to update the Defendant's presentence report and financial information.

3.  The undersigned has contacted Assistant United States Attorney Anastasia Enos King and the Government does not object to this request.

5.  This is the first request for a continuance on behalf of the Defendant, Abraham Dabach, filed by Attorney John M. Andreini in connection with this case.

Extension GRANTED, to and including April 27, 2006. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT    3/9/06