UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

………………………………………….
:
UNITED STATES OF AMERICA  :
:
    VS.  :  NO.   3:03-cr-00158 (AWT)
:
ABRAHAM DABACH  :  APRIL 10, 2006
………………………………………….

**MOTION FOR CONTINUANCE**

    The Defendant, Abraham Dabach, respectfully moves that the Court to continue the sentencing date for a period of 30 days for the following reasons:

    1.    Sentencing is scheduled for Thursday, April 27, 2006.

    2.    Counsel for the Defendant is on trial at Superior Court @ Hartford in the matter of <u>Messenger v. Messenger</u> (Docket No.: HHD-FA-04-0735174 S).

    3.    The undersigned has contacted Assistant United States Attorney Anastasia Enos King and the Government does not object to this request.

    5.    This is the second request for a continuance on behalf of the Defendant, Abraham Dabach, filed by Attorney John M. Andreini in connection with this case.

        RESPECTFULLY SUBMITTED
        THE DEFENDANT, Abraham Dabach

By_____/s/_____
        John M. Andreini
        44 Capitol Avenue
        Suite 402
        Hartford, CT 06106
        Fed. Bar #ct01921
        TEL:   (860) 525-9447
        FAX:   (860) 246-3727
        EMAIL:  andreini71@aol.com

# **CERTIFICATION**

I hereby certify that a copy of the foregoing ***MOTION FOR CONTINANCE*** has been mailed to all counsel or record and pro se parties this 10th day of April, 2006.


ANASTASIA ENOS KING, ESQ.
U. S. Attorney's Office
157 Church Street
P. O. Box 1824
New Haven, CT 06510


SANDRA HUNT
United States Probation Office
157 Church Street
22nd Floor
New Haven, CT 06510



\_\_\_/s/_____
John M. Andreini