

## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

....................................................

UNITED STATES OF AMERICA     :

         VS.              :      NO.  3:03-cr-00158 (AWT)

                              :

ABRAHAM DABACH          :      APRIL 10, 2006

....................................................

## MOTION FOR CONTINUANCE

The Defendant, Abraham Dabach, respectfully moves that the Court to continue

the sentencing date for a period of 30 days for the following reasons:

    1.      Sentencing is scheduled for Thursday, April 27, 2006.

    2.      Counsel for the Defendant is on trial at Superior Court @ Hartford in the

matter of Messenger v. Messenger (Docket No.: HHD-FA-04-0735174 S).

    3.      The undersigned has contacted Assistant United States Attorney Anastasia

Enos King and the Government does not object to this request.

    5.      This is the second request for a continuance on behalf of the Defendant,

Abraham Dabach, filed by Attorney John M. Andreini in connection with this case.



GRANTED.  The sentencing has been rescheduled to May 18, 2006 at 10:00 a.m.  It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 4/12/06

RESPECTFULLY SUBMITTED
THE DEFENDANT, Abraham Dabach

By_____

John M. Andreini
44 Capitol Avenue
Suite 402
Hartford, CT 06106
Fed. Bar #ct01921
TEL:    (860) 525-9447
FAX:    (860) 246-3727
EMAIL:  andreini71@aol.com

## CERTIFICATION

I hereby certify that a copy of the foregoing *MOTION FOR CONTINANCE* has

been mailed to all counsel or record and pro se parties this _ll_ th day of April, 2006.


ANASTASIA ENOS KING, ESQ.
U. S. Attorney's Office
157 Church Street
P. O. Box 1824
New Haven, CT 06510


SANDRA HUNT
United States Probation Office
157 Church Street
22nd Floor
New Haven, CT 06510


John M. Andreini