AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF __Connecticut__

USA v. Dabach

DEFT'S EXHIBIT ~~AND WITNESS~~ LIST

CASE NUMBER: 3:03CR158(AWT)

| PRESIDING JUDGE Thompson | PLAINTIFF'S ATTORNEY Enos King | DEFENDANT'S ATTORNEY Andreini |
|---|---|---|
| TRIAL DATE(S) 6/27/06 | COURT REPORTER Huntington | COURTROOM DEPUTY Smith |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 6/27/06 | ✓ |  | Letter from Meir Moza dated 7/15/04 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages

[Filing stamp: United States District Court, District of Connecticut, FILED June 27, 2006, Kevin F. Rowe, Clerk, By S.L. Smith, Deputy Clerk]